# In the United States Court of Federal Claims

No. 19-1133
Filed: September 19, 2019

|  |  |
|---|---|
| DYNCORP INTERNATIONAL LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant, | ) ) |
| and | ) ) |
| KELLOGG, BROWN & ROOT SERVICES, INC., VECTRUS SYSTEMS CORPORATION, FLUOR INTERCONTINENTAL, INC., and PAE-PARSONS GLOBAL LOGISTICS SERVICES, LLC, | ) ) ) ) ) ) ) |
| Defendant-Intervenors. | ) ) |

**AMENDED SCHEDULING ORDER**

On September 18, 2019, defendant filed an unopposed motion to amend the procedural schedule. For good cause shown, the Court adopts the following amended schedule:

1. On or before September 20, 2019, defendant shall file the Administrative Record on CD or DVD;

2. On or before October 7, 2019, plaintiff shall file its Motion for Judgment on the Administrative Record;

3. On or before October 22, 2019, defendant and defendant-intervenors shall file their Responses to plaintiff's Motion for Judgment on the Administrative Record and Cross-Motions for Judgment on the Administrative Record;

4. On or before November 4, 2019, plaintiff shall file its Reply in Support of its Motion for Judgment on the Administrative Record and Response to

      defendant and defendant-intervenors' Cross-Motions for Judgment on the Administrative Record;

5. On or before November 14, 2019, defendant and defendant-intervenors shall file their Replies in Support of their Cross-Motions for Judgment on the Administrative Record; and

6. The Court shall conduct oral argument on Thursday, November 21, 2019, at 2:00 p.m. (EST), at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, NW, Washington, DC 20439, regarding the above.

**IT IS SO ORDERED.**

                                            s/ *Loren A. Smith*

                                            Loren A. Smith,
                                            Senior Judge