# In the United States Court of Federal Claims

No. 19-1133
Filed: October 1, 2019

|  |  |
|---|---|
| DYNCORP INTERNATIONAL LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant, | ) ) |
| and | ) ) |
| KELLOGG, BROWN & ROOT SERVICES, INC., VECTRUS SYSTEMS CORPORATION, FLUOR INTERCONTINENTAL, INC., and PAE-PARSONS GLOBAL LOGISTICS SERVICES, LLC, | ) ) ) ) ) ) ) |
| Defendant-Intervenors. | ) ) |

**ORDER**

On October 1, 2019, defendant filed an unopposed motion to amend the Administrative Record.  For good cause shown, defendant's Motion is hereby **GRANTED**.

**IT IS SO ORDERED.**

s/ *Loren A. Smith*
Loren A. Smith,
Senior Judge