# In the United States Court of Federal Claims

No. 19-1133
Filed: October 3, 2019

|  |  |
|---|---|
| DYNCORP INTERNATIONAL LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant, | ) ) |
| and | ) ) |
| KELLOGG, BROWN & ROOT SERVICES, INC., VECTRUS SYSTEMS CORPORATION, FLUOR INTERCONTINENTAL, INC., and PAE-PARSONS GLOBAL LOGISTICS SERVICES, LLC, | ) ) ) ) ) ) ) |
| Defendant-Intervenors. | ) ) |

**ORDER**

On September 30, 2019, plaintiff filed a motion to permit limited discovery and to supplement the Administrative Record, ECF No. 86, as well as a motion to amend the procedural schedule, ECF No. 87.  On October 2, 2019, defendant filed its Preliminary Response to Plaintiff's Motion to Permit Discovery and Supplement the Administrative Record and Motion to Amend the Schedule.  ECF No. 90.  The Court held an expedited hearing on plaintiff's Motions on October 2, 2019.  After due consideration, and for the reasons set forth during that hearing, plaintiff's Motions are hereby **DENIED**.

**IT IS SO ORDERED.**

s/ *Loren A. Smith*

Loren A. Smith,
Senior Judge