# In the United States Court of Federal Claims

No. 19-1133
Filed: December 3, 2019

|  |  |
|---|---|
| DYNCORP INTERNATIONAL LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant, | ) ) |
| and | ) ) |
| KELLOGG, BROWN & ROOT SERVICES, INC., VECTRUS SYSTEMS CORPORATION, FLUOR INTERCONTINENTAL, INC., and PAE-PARSONS GLOBAL LOGISTICS SERVICES, LLC, | ) ) ) ) ) ) ) |
| Defendant-Intervenors. | ) ) |

**NOTICE**

On November 26, 2019, the Court ordered that a status conference shall be held on December 3, 2019, in all cases before the Court related to Request for Proposal No. W52P1J-16-R-0001. In addition to the case at bar, the following cases will be present and participating in the December 3, 2019 Status Conference: (1) *PAE-Parsons Global Logistics Services v. United States*, No. 19-1205, and *PAE-Parsons Global Logistics Services v. United States*, No. 19-1515 (consolidated); (2) *Fluor Intercontinental, Inc. v. United States*, No. 19-1580, and *Fluor Intercontinental, Inc. v. United States*, No. 19-1585 (consolidated) (*Fluor*); and (3) *AECOM Management Services, Inc. v. United States*, No. 19-1176.

The aforementioned status conference is set so that the Court may discuss arguments related to price reasonableness at issue here and in *Fluor* and to discuss the potential for injunctive relief. As the Court's anticipated injunctive relief will affect all protestors equally, the Court deems it necessary for counsel for all four plaintiffs to be present at the December 3, 2019 Status Conference.

As the Court anticipates discussing issues raised in some, but not all, of the participating cases—and thus potentially within the scope of only some of the protective orders—the Court

determined that it was necessary to obtain the parties consent to those discussions.  On December 2, 2019, counsel of record for all four protests indicated that they consent to the discussion of price reasonableness and injunctive relief at the December 3, 2019 Status Conference.

**IT IS SO ORDERED.**

s/ *Loren A. Smith*

Loren A. Smith,
Senior Judge