# In the United States Court of Federal Claims

No. 19-1133

Filed: December 17, 2019

|  |  |
|---|---|
| DYNCORP INTERNATIONAL LLC, | ) )  ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant, | ) ) |
| and | ) ) |
| KELLOGG, BROWN & ROOT SERVICES, INC., VECTRUS SYSTEMS CORPORATION, FLUOR INTERCONTINENTAL, INC., and PAE-PARSONS GLOBAL LOGISTICS SERVICES, LLC, | ) ) ) ) ) ) ) |
| Defendant-Intervenors. | ) ) |

**ORDER**

     On December 3, 2019, the Court held a status conference in all cases related to Request for Proposal No. W52P1J-16-R-0001 ("Solicitation"). In addition to the case at bar, the following cases were included in that conference: (1) *PAE-Parsons Global Logistics Services, LLC v. United States*, No. 19-1205, and *PAE-Parsons Global Logistics Services, LLC v. United States*, No. 19-1515 (consolidated); (2) *Fluor Intercontinental, Inc. v. United States*, No. 19-1580, and *Fluor Intercontinental, Inc. v. United States*, No. 19-1585 (consolidated); and (3) *AECOM Management Services, Inc. v. United States*, No. 19-1176.

     At the December 3, 2019 Status Conference, the Court discussed the need for the Agency to take corrective action, as the Agency failed to adequately conduct price reasonableness evaluations in violation of the terms of the Solicitation and Federal Acquisition Regulation ("FAR") 15.404-1. *See* Administrative Record 2629–30. After a thorough review of the Administrative Record, the Court believes the Agency should separately conduct price reasonableness evaluations for the Cost-Plus-Fixed-Fee Contract Line Item Numbers ("CLINs") and the Firm-Fixed Price CLINs. To satisfy the Solicitation requirements, the Agency must conduct price reasonableness evaluations in accordance with FAR 15.404-1 for *all offerors* within the competitive range in *all six* Geographic Combatant Commands. *See id.*

On December 9, 2019, defendant filed a status report, informing the Court that the Agency intends to take voluntary corrective action in order to properly evaluate price reasonableness.  Consistent with the timeline proposed in that status conference, this case is **STAYED** and **REMANDED** to the Agency for a period of forty-five days, up to and including January 31, 2020.  Additionally, the Court hereby **ORDERS** defendant to file a status report on or before February 7, 2020, apprising this Court of the results of the Agency's corrective action and providing the Court with the Agency's new price reasonableness determinations.  Plaintiffs shall have seven days, up to and including February 14, 2020, to respond to defendant's Status Report.

**IT IS SO ORDERED.**

s/ *Loren A. Smith*

Loren A. Smith,
Senior Judge