# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## BID PROTEST

| | | |
|---|---|---|
| DYNCORP INTERNATIONAL LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | No. 19-1133C |
| Defendant, | ) | (Senior Judge Smith) |
| | ) | |
| and | ) | |
| | ) | |
| KELLOGG, BROWN & ROOT SERVICES, INC., VECTRUS SYSTEMS CORPORATION, FLUOR INTERCONTINENTAL, INC., and PAE-PARSONS GLOBAL LOGISTICS SERVICES, LLC, | ) ) ) ) ) ) | |
| | ) | |
| Defendant-Intervenors. | ) | |
| | | |
| AECOM MANAGEMENT SERVICES, INC., | ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | No. 19-1176C |
| Defendant, | ) | (Senior Judge Smith) |
| | ) | |
| and | ) | |
| | ) | |
| KELLOGG, BROWN & ROOT SERVICES, INC., VECTRUS SYSTEMS CORPORATION, FLUOR INTERCONTINENTAL, INC., and PAE-PARSONS GLOBAL LOGISTICS SERVICES, LLC, | ) ) ) ) ) ) | |
| | ) | |
| Defendant-Intervenors. | ) | |

| | |
|---|---|
| PAE-PARSONS GLOBAL LOGISTICS SERVICES, LLC, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Nos. 19-1205C & 19-1515C (consolidated) (Senior Judge Smith) |
| THE UNITED STATES, ) ) | |
| Defendant, ) ) | |
| and ) ) | |
| FLUOR INTERCONTINENTAL, INC. and ) VECTRUS SYSTEMS CORPORATION, ) ) | |
| Defendant-Intervenors. ) | |
| FLUOR INTERCONTINENTAL, INC. ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Nos. 19-1580C & 19-1585C (consolidated) (Senior Judge Smith) |
| THE UNITED STATES, ) ) | |
| Defendant, ) ) | |
| and ) ) | |
| KELLOGG, BROWN & ROOT SERVICES, INC. and VECTRUS SYSTEMS CORPORATION, ) ) ) ) | |
| Defendant-Intervenors. ) | |

**DEFENDANT'S STATUS REPORT REGARDING CORRECTIVE ACTION**

Pursuant to the Court's December 17, 2019 order, the Government respectfully provides this status report apprising the Court of the results of the Army's corrective action.

The Army's corrective action in the Logistics Civil Augmentation Program (LOGCAP) V procurement is complete. The Army evaluated the reasonableness of the

cost-plus-fixed-fee contract-line-item numbers (CLINs) for each of the seven regions and the firm-fixed-price CLINs for each of the six regions with a firm-fixed-price component (excluding Afghanistan).  The LOGCAP V Cost/Price Factor Chair documented the Army's evaluation in 78 separate determinations spanning more than 1,000 pages.  The Army determined that each offeror's total proposed price for the cost-plus-fixed-fee CLINs is reasonable for each of the seven regions and each offeror's total proposed price for the firm-fixed-price CLINs is reasonable for each of the six applicable regions.

In light of its cost/price reasonableness determinations, the Army intends to proceed with the previously awarded LOGCAP V contracts on or after March 2, 2020.

Pursuant to the Court's December 17, 2019 order, in conjunction with this status report, we are also filing the contracting officer's memorandum regarding the price-reasonableness determinations, the aforementioned 78 memoranda by the Cost/Price Factor Chair, and a memorandum by the Technical/Management Team Lead.  We will file this in a separate docket entry, under seal.[1]

---

[1] The contracting officer's memorandum begins at page 1 of the ECF filing.  The memoranda regarding AECOM Management Services, Inc. begin at page 2.  The memoranda regarding DynCorp International, LLC begin at page 183.  The memoranda regarding Fluor Intercontinental, Inc. begin at page 361.  The memoranda regarding Kellogg, Brown & Root Services, Inc. begin at page 513.  The memoranda regarding PAE-Parsons Global Logistics Services, LLC begin at page 686.  The memoranda regarding Vectrus Systems Corporation begin at page 863.  And the technical evaluation memorandum begins at page 1,019.

|  |  |
|---|---|
| | Respectfully submitted, |
| | JOSEPH H. HUNT<br>Assistant Attorney General |
| | ROBERT E. KIRSCHMAN, JR.<br>Director |
| | s/ Patricia M. McCarthy<br>PATRICIA M. MCCARTHY<br>Assistant Director |
| Of Counsel: | |
| SCOTT N. FLESCH<br>RAYMOND M. SAUNDERS<br>DANA J. CHASE<br>MAJOR GREGORY T. O'MALLEY<br>CAPTAIN JEREMY D. BURKHART<br>U.S. Army Legal Services Agency<br>Contract & Fiscal Law Division<br>9275 Gunston Road, Suite 2113<br>Fort Belvoir, VA 22060-5546 | s/ William P. Rayel<br>WILLIAM P. RAYEL<br>VINCENT D. PHILLIPS<br>Senior Trial Counsel<br>IGOR HELMAN<br>ROBERT R. KIEPURA<br>Trial Attorneys<br>Commercial Litigation Branch<br>Civil Division<br>United States Department of Justice<br>PO Box 480, Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 616-0302<br>Fax: (202) 307-0972<br>E-mail: William.Rayel@usdoj.gov |
| Dated: February 5, 2020 | Attorneys for Defendant |