# In the United States Court of Federal Claims

No. 19-1133
Filed: February 20, 2020

|  |  |
|---|---|
| DYNCORP INTERNATIONAL LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant, | ) ) |
| and | ) ) |
| KELLOGG, BROWN & ROOT SERVICES, INC., VECTRUS SYSTEMS CORPORATION, FLUOR INTERCONTINENTAL, INC., and PAE-PARSONS GLOBAL LOGISTICS SERVICES, LLC, | ) ) ) ) ) ) ) |
| Defendant-Intervenors. | ) ) |

## SCHEDULING ORDER

On February 10, 2020, plaintiff filed a motion to compel defendant to complete the Administrative Record.  *See generally* DynCorp International LLC's Motion to Compel Defendant to Complete the Administrative Record on Corrective Action and Memorandum in Support Thereof and Request for Extension to Respond to Agency's Corrective Action.  On February 19, 2020, the Court held a status conference to discuss that Motion.  Consistent with discussions held during that conference, the Court adopts the following schedule:

1. On or before February 27, 2020, defendant shall complete the Administrative Record;

2. On or before March 9, 2020, plaintiff shall file its Supplemental Response to the completed Administrative Record, if any; and

3. The Court shall hold a telephonic status conference on March 10, 2020, at 3:00 p.m. (EST) regarding the above.

**IT IS SO ORDERED.**

*s/ Loren A. Smith*

Loren A. Smith,
Senior Judge