# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

## BID PROTEST

| | | |
|---|---|---|
| DYNCORP INTERNATIONAL LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | No. 19-1133 |
| Defendant, | ) | (Judge Smith) |
| | ) | |
| and | ) | |
| | ) | |
| KELLOGG, BROWN & ROOT SERVICES, INC., VECTRUS SYSTEMS CORPORATION, FLUOR INTERCONTINENTAL, INC., and PAE-PARSONS GLOBAL LOGISTICS SERVICES, LLC, | ) ) ) ) ) ) | |
| | ) | |
| Defendant-Intervenors. | ) | |

## DEFENDANT'S NOTICE OF COMPLETING THE ADMINISTRATIVE RECORD

Pursuant to this Court's February 20, 2020 Order, defendant, the United States, provides this notice that it is filing, under seal, the documents that were developed and/or considered during the agency's corrective action related to the Army's procurement under Request for Proposal No. W52P1J-16-R-0001, for U.S. military support and logistics services, known here as the Army's Logistics Civil Augmentation Program (LOGCAP) V.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

|  |  |
|---|---|
|  | /s/ Patricia M. McCarthy |
|  | PATRICIA M. MCCARTHY |
|  | Assistant Director |
| *Of Counsel:* |  |
| SCOTT N. FLESCH | /s/ William P. Rayel /by/ Igor Helman |
| RAYMOND M. SAUNDERS | WILLIAM P. RAYEL |
| DANA J. CHASE | Senior Trial Counsel |
| MAJOR GREGORY T. O'MALLEY | IGOR HELMAN |
| U.S. Army Legal Services Agency | Trial Attorney |
| Contract & Fiscal Law Division | Commercial Litigation Branch |
| 9275 Gunston Road, Suite 2113 | Civil Division, |
| Fort Belvoir, VA 22060-5546 | Department of Justice |
|  | P.O. Box 480, |
|  | Ben Franklin Station |
|  | Washington, D.C. 20044 |
|  | Telephone: (202) 305-7576 |
|  | Fax: (202) 514-7965 |
|  | Igor.Helman@usdoj.gov |
| February 27, 2020 | *Attorneys for Defendant* |