# In the United States Court of Federal Claims

No. 19-1133 C
(Filed: May 21, 2020)

**DYNCORP INTERNATIONAL LLC**

    **Plaintiff**

    v                   **JUDGMENT**

**THE UNITED STATES**

    **Defendant**

    **and**

**KELLOGG, BROWN & ROOT SERVICES, INC., VECTRUS SYSTEMS CORPORATION, FLUOR INTERCONTINENTAL, INC., and PAE-PARSONS GLOBAL LOGISTICS SERVICES, LLC**

    **Defendant-Intervenors**

Pursuant to the court's Opinion And Order, filed May 21, 2020,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is entered in favor of defendant and defendant-intervenors.  Plaintiff's complaint is dismissed.

                Lisa L. Reyes
                Clerk of Court

            By: s/ Anthony Curry

                Deputy Clerk

NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>.  Filing fee is $505.00.